ERNSO HYATY

VERSUS

KELLY PURVIS, GEICO INDEMNITY

COMPANY, EAN HOLDINGS, LLC.

ENTERPRISE RENT-A-CAR COMPANY, AND

ABC INSURANCE COMPANY

NO. 22-C-320

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

July 17, 2022

Susan Buchholz
First Deputy Clerk

**IN RE** GEICO INDEMNITY COMPANY

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE FRANK A. BRINDISI, DIVISION "E", NUMBER 787-610

Panel composed of Judges Robert A. Chaisson,
Stephen J. Windhorst, and Hans J. Liljeberg

**WRIT GRANTED; REMANDED**

Relator, GEICO Indemnity Company, seeks review of:

1. The trial court's July 11, 2022 order granting an *ex parte* motion for leave to file first supplemental and amending petition by plaintiff, filed without consent of the parties, and without a contradictory hearing; and

2. The trial court's July 13, 2022 order denying relator's motion to vacate and strike *ex parte* motion for leave to file the first supplemental and amending petition without a contradictory hearing; and the motion to continue trial of the merits, leaving the motion for summary judgment filed by Enterprise Leasing set for hearing on the morning of trial on the merits, July 19, 2022.

It appears that the trial court did, in fact, deny relator's motions. After review of the writ application and exhibits, and on the showing made, relator's writ application is granted. Accordingly, we vacate the trial court's July 11, 2022 and July 13, 2022 rulings and remand this matter to the trial court to conduct a contradictory hearing on plaintiff's *ex parte* motion for leave to file first supplemental and amending petition, and relator's motions to continue trial date and

to vacate and strike *ex parte* motion for leave to file first supplemental and amending petition.  La. C.C.P. arts. 1151 and 966 C (1)(a).

Gretna, Louisiana, this 17th day of July, 2022.

**SJW**
**RAC**
**HJL**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
INTERIM CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **07/17/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-C-320**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Frank A. Brindisi (DISTRICT JUDGE)
Sean P. Mount (Respondent)          Steven M. Mauterer (Relator)
                                    Amber Heller (Relator)

### MAILED

Todd M. Korbel (Respondent)         Shana Robertson (Relator)          Bryce M. Addison (Respondent)
Attorney at Law                     Attorney at Law                    Talbot M. Quinn (Respondent)
3045 Ridgelake Drive                3510 North Causeway Boulevard       Attorney at Law
Suite 317                           Suite 608                          755 Magazine Street
Metairie, LA 70002                  Metairie, LA 70002                 New Orleans, LA 70130